No. 1199. LEO A. PRICE, AS RECEIVER IN EQUITY OF
J. M. GIDDING & COMPANY, INC., *v.* THE UNITED STATES.
June 1, 1925. Petition for a writ of certiorari to the

Circuit Court of Appeals for the Second Circuit granted. *Mr. Godfrey Goldmark* for petitioner. *The Attorney General* for the United States.